# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| In re Mycaiah Samuel Maestas<br>Bethany Danielle Maestas<br><br>Debtors. | Case No. 20-21366-RDB<br><br>Chapter 13 |

## DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Debtors, through undersigned Counsel hereby object to the Motion to Dismiss filed by the Trustee based upon the following:

1.  Debtor will either cure arrearage or file a motion to abate by January 31, 2023.

Wherefore, Debtors request that the Motion to Dismiss be denied and an Order Sustaining the Debtors' Objection be entered.

Date: December 30, 2022

                                                  Respectfully submitted,
                                                  WATTON LAW GROUP

                                                  /s/ Michael J. Watton
                                                  Michael J. Watton; #78431
                                                  Watton Law Group
                                                  1201 Walnut Street, Suite 435
                                                  Kansas City, MO 64106
                                                  Tel: (816) 702-6800
                                                  Fax: (816) 702-6787
                                                  Email: wlgkc@wattongroup.com
                                                  Attorney for the Debtors

## Certificate of Service

I hereby certify that on this 30 December 2022, a true and correct copy of the Debtor's Objection To Trustee's Motion To Dismiss was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, including the following parties:

| **Chapter 13 Trustee:** | **U.S. Trustee:** |
|---|---|
| William H. Griffin | Office of The United States Trustee |
| 5115 Roe Blvd., Ste. 200 | 301 North Main Street, Suite 1150 |
| Roeland Park, KS 66205 | Wichita, KS 67202 |

/s/ Kristyn L. Sinn
Kristyn L. Sinn, Paralegal