The relief described hereinbelow is SO ORDERED.

SIGNED this 1st day of May, 2023.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Mycaiah Samuel Maestas
Bethany Danielle Maestas

Debtors                    Case No: 20-21366-13

### ORDER APPROVING FINAL ACCOUNT
----------------------
### CONVERTED TO CH.7 AFTER CONFIRMATION

The Petition of William H. Griffin, Trustee of the above named debtor(s) for Final Decree, discharging him as Trustee and closing the estate having been heard, and due notice of said hearing having been given by mail to all persons entitled thereto, and no adverse interest having been represented at said hearing.

The Court finds the report of the Trustee should be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Final Report of the Trustee be and the same is hereby approved, and he be discharged as Trustee of the above named Debtors, and he and the surety on his bond be and they are hereby released from any and all liability upon such bond on account of the subject proceeding arising hereafter, and this case be, and hereby is, closed.

###

Prepared and Approved By:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com